MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: mleonard@davisandleonard.com

Attorneys for Plaintiff
Guajome Park Academy, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUAJOME PARK ACADEMY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEAU DUPERRY, an individual, and DAVID MCCULLOCH, an individual<br><br>Defendants. | CASE NO. CV 06-0658 MMA RBB<br><br>**JOINT MOTION RE: DISMISSAL WITH PREJUDICE** |

Pursuant to the Court's September 2, 2009 order and Federal Rule of Civil Procedure 41(a)(2), Plaintiff Guajome Park Academy, Inc. ("GPA") and Defendant David McCulloch ("McCulloch"), through their respective counsel, jointly move this court to enter an Order dismissing with prejudice all of GPA's claims against McCulloch.

Dated: September 10, 2009          DAVIS & LEONARD, LLP

                                    s/Mark R. Leonard
                                    Mark R. Leonard
                                    Attorneys for Plaintiff
                                    Guajome Park Academy, Inc.

1

JOINT MOTION RE: DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: September 10, 2009 | LAW OFFICE OF WILLIAM C. KAMENJARIN |
| 2 | | |
| 3 | | |
| 4 | | s/ William C. Kamenjarin |
| | | William C. Kamenjarin |
| 5 | | Attorneys for Defendant |
| | | David McCulloch |

2

**ORDER**

Good cause appearing therefore, the Court orders that all of Plaintiff Guajome Park Academy, Inc.'s claims against Defendant David McCulloch in the present action are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge of the District Court

3

JOINT MOTION RE: DISMISSAL WITH PREJUDICE
Requested by Guajome Park Academy, Inc. and David McCulloch
*Guajome Park Academy, Inc. v. Beau DuPerry, et al, Case No. CV 06-0658 MMA RBB*