UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUAJOME PARK ACADEMY INC., | ) | Civil No. 06cv658-MMA(RBB) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION RE: DISMISSAL WITH PREJUDICE** |
| BEAU DUPERRY, et al, | ) | [Doc. No. 143] |
| Defendants. | ) | |

Having considered the parties' joint motion, good cause appearing therefore, the Court **ORDERS** that all of Plaintiff Guajome Park Academy, Inc.'s claims against Defendant David McCulloch in the present action are **DISMISSED** with prejudice. This Order disposes of all remaining claims. The Clerk of Court is instructed to enter final judgment in accordance therewith, and terminate the case.

**IT IS SO ORDERED**.

DATED: September 11, 2009

Hon. Michael M. Anello
United States District Judge