# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Guajome Park Academy, Inc.

V.

David McCulloch

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv658-MMA (RBB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court orders that all of Plaintiffs' claims against David McCulloch are dismissed with prejudice. All remaining claims are disposed of. The Clerk of Court is instructed to enter final judgment and terminate this case.

| September 11, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON September 11, 2009 |